UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROSALIO OCON-FIERRO #14232-040,

    Plaintiff,

Case No.  1:10cv1228

v.

HON. ROBERT J. JONKER

DRUG ENFORCEMENT ADMINISTRATION
and EXECUTIVE OFFICE FOR UNITED
STATES ATTORNEYS,

    Defendants.
_____/

### NOTICE OF IMPENDING DISMISSAL

The court records indicate that more than 90 days have passed from the filing of the above complaint and defendant, DRUG ENFORCEMENT ADMINISTRATION and EXECUTIVE OFFICE FOR UNITED STATES ATTORNEYS, have not been served.  This notice serves to inform plaintiff that the action shall be dismissed without prejudice as to the named defendants, unless plaintiff completes service of process within 120 days after the filing of the complaint, or demonstrates good cause for extension of the summons, in accordance with Federal Rule of Civil Procedure 4(m).

        /s/ Robert J. Jonker
        ROBERT J. JONKER
        UNITED STATES DISTRICT JUDGE

Dated:  March 14, 2011