UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

ROSALIO OCON-FIERRO #14232-040,

      Plaintiff,                    Case No. 1:10cv1228

-vs-                                HON. ROBERT J. JONKER

DRUG ENFORCEMENT ADMINISTRATION
and EXECUTIVE OFFICE FOR THE
UNITED STATES ATTORNEYS,

      Defendants.
_____/

## ORDER OF REFERENCE

**IT IS ORDERED** that under 28 U.S.C. § 636 and W.D. Mich. LCivR72, this case is referred to Magistrate Judge Hugh W. Brenneman, U.S. District Court, 582 Ford Federal Building, 110 Michigan, N.W., Grand Rapids, Michigan, for handling of all matters under § 636(a) and § 636(b)(1)(A); and for submission of recommendations on dispositive motions under § 636(b)(1)(B).

Dated:  May 27, 2011                /s/Robert J. Jonker
                                           Robert J. Jonker
                                           United States District Judge