UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

ROSALIO OCON-FIERRO,

        Plaintiff,                            Case No. 1:10cv1228

v.                                                    Hon. Robert J. Jonker

DRUG ENFORCEMENT ADMINISTRATION and
EXECUTIVE OFFICE FOR UNITED STATES
ATTORNEYS,

        Defendants.
_____/

## ORDER APPROVING AND ADOPTING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on February 15, 2013. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed February 15, 2013, is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that defendants' motion to dismiss plaintiff's second amended complaint (docket #25) is GRANTED. This case is closed.


                                                           /s/Robert J. Jonker
                                                        ROBERT J. JONKER
                                            UNITED STATES DISTRICT JUDGE

Dated: March 7, 2013